

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

750 Missouri Avenue
P. O. Box 249
East St. Louis, IL 62202
618/482-9371

Norbert G. Jaworski
Clerk of Court

October 27, 2006

Laura A. Briggs, Clerk
U. S. District Court
 for Southern District of Indiana
 Terre Haute Division
207 Federal Building
30 North Seventh St
Terre Haute, IN 47808

2 06-CV-0233 RLY  WGH

RE: Huff vs CSX Transportation Inc et al
    Civil Case No. 06-395-GPM

Dear Clerk:

On 10/26/06, an Order by the Honorable G. Patrick Murphy, U. S. District Judge, was entered transferring the above-mentioned case from this District Court to the U. S. District Court, Southern District of Indiana.

Enclosed are original documents through, the Civil Cover Sheet, receipt for the filing fee and letter from the filing attorney. Also enclosed is a certified copy of the docket sheet. This court is using the electronic case filing system. You may access our electronic case file at the following web address: http://ecf.ilsd.uscourts.gov to obtain the remaining documents. We have assigned a login and password for district courts to use in accessing this information. The login is "guestilsd" and the password is "guest01". This login and password should not be shared with anyone other than federal court personnel who would have a need to access our electronic case file system. You will need Adobe Acrobat reader loaded on your computer in order to view the documents.

Please acknowledge receipt of the docket sheet by returning a signed copy of this letter.

Sincerely,

Norbert G. Jaworski, Clerk

By: ____s/Tamra Baugh____
      Deputy Clerk

**RECEIVED**
NOV 0 6 2006
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

Enclosures

Receipt Acknowledged on: 10/30/06
By: _Vicki Heward_

CV-18
(6/04)